APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 17, 1909, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover damages for sickness of plaintiff alleged to have resulted from the failure of defendant to properly heat its cars.

*Merwin W. Lay* for appellant.

*Samuel M. Havens* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

———

THE CITY OF NEW YORK, Respondent, *v.* ALHAMBRA THEATRE COMPANY, Appellant.

*City of New York* v. *Alhambra Theatre Co.*, 136 App. Div. 509, affirmed.
(Argued April 4, 1911; decided April 25, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 8, 1910, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial in an action to recover a penalty for an alleged violation of an

ordinance of the city of New York prohibiting theatrical performances on Sunday.

*Louis J. Vorhaus* and *Charles Goldzier* for appellant.

*Archibald R. Watson, Corporation Counsel* (*Theodore Connoly* and *Terence Farley* of counsel), for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.